IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Lovitedo, LLC | ) | Case No.: 24-cv-3961 |
|     Plaintiff, | ) | |
| v. | ) | Judge: Steven C. Seeger |
| The Partnerships and Unincorporated Associations Identified in Schedule "A", | ) | Magistrate: Young B. Kim |
|     Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff Lovitedo, LLC files this Motion seeking this Court's authorization to effectuate service of process by e-mail and electronic publication. A Memorandum of Law in Support is filed concurrently herewith.

Dated: May 20, 2024

Respectfully submitted,

By: /s/ Kevin Keener
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601 (312) 523-2164
kevin.keener@keenerlegal.com