## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lovitedo, LLC

                              Plaintiff,

v.                                                 Case No.: 1:24−cv−03961

                                                  Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations identified in Schedule A

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 16, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for expedited discovery (Dckt. No. [9]) is hereby granted. Plaintiff's motion for electronic service of process (Dckt. No. [7]) is hereby granted. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.