IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lovitedo, LLC <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified in Schedule "A", <br><br> Defendants. | Case No.: 24-cv-3961 <br><br> Judge: Steven C. Seeger <br><br> Magistrate: Young B. Kim |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notifies this Court that the Plaintiff voluntarily dismisses **without prejudice** any and all claims against the following defendants:

| Doe # | Seller Name | Seller ID |
|---|---|---|
| 30 | Combort | A27A1KOY4CBQYN |
| 52 | Fivehoo | AX90SSYUI4C0Q |
| 166 | Tangaburu | A1KSDDC9T1R9AO |
| 182 | xizihan | A3A7XSZ2I0BESD |
| 195 | Minsure-US | A3C55Z6SNFTLSC |
| 246 | de_good_deal | de_good_deal |
| 250 | discover-life | discover-life |
| 259 | engjiujiu | engjiujiu |
| 290 | homegoods_SuperStore | homegoods_2021 |
| 297 | hubeihsi | hubeihsi |
| 338 | makeupfactory | makeupfactory |
| 344 | mengyur | mengyur |
| 357 | neyeslight | neyeslight |
| 411 | vfdzet56 | vfdzet56 |
| 425 | yandonsfo | yandonsfo |
| 439 | beautyswringlwj | 5b45687c14e12d59ec927fd5 |
| 441 | BloominminShop | 5d3c163ee4b65d3fe01e7317 |

| | | |
|---|---|---|
| 444 | citymoode | 5afa54c85ccdca6530f0f61e |
| 445 | DH1Glimitd | 59e1741def7b8970ddaf2e47 |
| 456 | Haiqingyuan | 5d6f733c51da4f4c7f98a003 |
| 466 | livving | 5afd4d344116243ef313b366 |
| 467 | LQ1shop | 58f5b3cd1ae47c4dec78a365 |
| 479 | shuangcooolsy | 5b10b849c258690875beb779 |
| 502 | yuanchengshop | 581d55217959440f8063902d |

Dated: September 6, 2024　　　　　　　　　　　　　　　Respectfully submitted,

By: /s/ Kevin Keener
Kevin Keener
ARDC # 6305871
Keener and Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 945-8540
Kevin.keener@keenerlegal.com

2