IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lovitedo, LLC<br><br>　　　　Plaintiff,<br>　　v.<br><br>The Partnerships and Unincorporated Associations Identified in Schedule "A",<br><br>　　　　Defendants. | Case No.: 24-cv-3961<br><br>Judge: Steven C. Seeger<br><br>Magistrate: Young B. Kim |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notifies this Court that the Plaintiff voluntarily dismisses **with prejudice** any and all claims against the following defendants:

| Doe # | Seller Name | Seller ID |
|---|---|---|
| 22 | BuguniStore | A2UERSEJPZSVCG |
| 92 | HULIYANG | A2HCZKV2BGV4E9 |

Dated: September 27, 2024

Respectfully submitted,

By:   /s/ Kevin Keener
Kevin Keener
ARDC # 6305871
Keener and Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 945-8540
Kevin.keener@keenerlegal.com