**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Lovitedo, LLC | ) | Case No.: 24-cv-3961 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Judge: Steven C. Seeger |
| | ) | |
| The Partnerships and Unincorporated | ) | Magistrate: Young B. Kim |
| Associations Identified in | ) | |
| Schedule "A", | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned

counsel for Plaintiff hereby notifies this Court that the Plaintiff voluntarily dismisses **<u>with</u>**

**<u>prejudice</u>** any and all claims against the following defendants:

| Doe # | Seller Name | Seller ID |
|---|---|---|
| 18 | Calefow-US | A1PQMFCQOIXENU |
| 152 | Sanchamy-Direct | A3A0UFDELGC6AT |
| 170 | Tzgsonp/hanyunpeiyuanmaoyi | AJ12ZIP974V7H |
| 189 | YREUN | A2BMTWUAW9C92N |
| 194 | Yuzu C | ANMUIMCW2M6QW |
| 213 | andyluo2016 | 1447617857 |
| 228 | bigsmall402 | 1967502265 |
| 253 | double666 | 1886469516 |
| 258 | elink2018 | 1807936404 |
| 289 | hitidea219 | 1994678683 |
| 308 | joint2018 | 1807923855 |
| 323 | linkall666 | 1477112610 |
| 403 | topbuy219 | 1994665742 |

Dated: <u>January 7, 2025</u>

Respectfully submitted,

By:    /s/ Kevin Keener

Kevin Keener

ARDC # 6305871
Keener and Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 945-8540
Kevin.keener@keenerlegal.com