IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lovitedo, LLC<br><br>    Plaintiff,<br>v.<br><br>The Partnerships and Unincorporated Associations Identified in Schedule "A",<br><br>    Defendants. | Case No.: 24-cv-3961<br><br>Judge: Steven C. Seeger<br><br>Magistrate: Young B. Kim |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notifies this Court that the Plaintiff voluntarily dismisses **without prejudice** any and all claims against the following defendants:

| Doe # | Seller Name | Seller ID |
|---|---|---|
| 3 | Accompany JY | A3J51B9CONCWWA |
| 7 | Alvin Luo | A1R53WOPGR7IXC |
| 8 | Antique Guyue | A4ZM173VY1VFI |
| 10 | ATriss | A10OALJ1RBHQF0 |
| 12 | BESTOYARD | ABULJIGL0O21W |
| 15 | Brandon Zou | AOQUESEDY4HMU |
| 20 | Cash Liu | ABSBNA96QS77Z |
| 33 | Dalidasy | AJZNRW6C21XMX |
| 36 | dianzi xingyuan | ACXFGUP1IRT4W |
| 48 | Feast of Yan | A2BYUKCZZLCN45 |
| 54 | Gallegils | A2PACHZWR47L89 |
| 69 | Halabam | A2Z1NZBBZKVY3N |
| 71 | hanyim electronic | A1RZNBP5S364BD |
| 73 | Harbin Shang | A2TJDBIHX73106 |
| 80 | Herlloy | A3VPP7J0858G9G |
| 110 | Langeriy | A1HP4M6BB605N5 |
| 124 | Lotra | AXFP5F302DMBA |

| | | |
|---|---|---|
| 127 | M.Meteorite | A2URDN5CO5XHU3 |
| 142 | Pyramid tip | A2MOELOLGAL3C3 |
| 144 | Qikita | A16OOCACS0L1H5 |
| 157 | Shannon Wenha | AVMGE4APEA1IU |
| 176 | Wope | A2IAELT73X2DQW |

Dated: January 7, 2025                                                  Respectfully submitted,

By:     /s/ Kevin Keener
Kevin Keener
ARDC # 6305871
Keener and Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 945-8540
Kevin.keener@keenerlegal.com