IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| Lovitedo, LLC<br><br>    Plaintiff,<br>v.<br><br>The Partnerships and Unincorporated Associations Identified in Schedule "A",<br><br>    Defendants. | Case No.: 24-cv-3961<br><br>Judge: Steven C. Seeger<br><br>Magistrate: Young B. Kim |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notifies this Court that the Plaintiff voluntarily dismisses **with prejudice** any and all claims against the following defendants:

| Doe # | Seller Name | Seller ID |
|---|---|---|
| 29 | ChuXi Shop | A288KHLVDK7HLL |
| 50 | Fenwies-EU | A1DIHQXQ4XNLJ8 |
| 51 | Feybaul | A51XNT7YBIENM |
| 57 | GigabitBest | AJ3RGW63AHICH |
| 58 | Goasto | AXNQRO64PRDOW |
| 68 | Haiyu USA | A1R5WWY9AVJTPT |
| 95 | HXJFGDM | A1VPOL6B1IKZZ0 |
| 112 | Lestp | A6SZC52Z7G90 |
| 140 | PATIKIL US | AF9CPILHGHOMP |
| 146 | Rasihay | A1QDVB77THQDF7 |
| 163 | Sudexiaodian | A12LMXRUYQ3IPB |
| 168 | Travelkin | A14M2W32CWAGTJ |
| 177 | woshidameinv | AMRV9YY3O0J69 |
| 220 | bearbear-2010 | 1028077317 |
| 300 | istore net | 2423274541 |
| 331 | luoshi64 | 2291739157 |
| 382 | saibamai | 2264682602 |

2

| 393 | solaluna88 | 220031488 |
|---|---|---|
| 409 | USA-CyberLink | 742242536 |

Dated: <u>February 21, 2025</u>　　　　　　　　　　　　　　　　　Respectfully submitted,

<u>By:　/s/ Kevin Keener</u>
Kevin Keener
ARDC # 6305871
Keener and Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 945-8540
Kevin.keener@keenerlegal.com
